IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIORASI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-cv-00818-JLH |
| | ) |
| STEMEDICA CELL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF BIORASI, LLC'S MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed and considered the Motion for Summary Judgment of Plaintiff Biorasi, LLC, as well as the submissions related thereto, the Joint Stipulation of Undisputed Facts (D.I. 30), and Defendant Stemedica Cell Technologies, Inc.'s June 14, 2024 letter stating that the Motion for Summary Judgment "should be considered unopposed" (D.I. 38), hereby **ORDERS** that the Motion should be **GRANTED**. The Clerk of Court is directed to enter Judgment ~~is hereby entered~~ in favor of Plaintiff Biorasi, LLC on Count I of its Complaint (D.I. 1) in the amount of $522,518.03, plus contractual prejudgment interest through August 22, 2024, in the amount of $185,760.44, and additional prejudgment interest in the amount of $253 per day from August 23, 2024, to the date of this Order. Judgment is also hereby entered in favor of Plaintiff Biorasi, LLC, on Defendant Stemedica Cell Technologies, Inc.'s Affirmative Defenses 1 and 2. Counts II and III are dismissed as moot. The Clerk shall close the case.

IT IS SO ORDERED, this 23 day of August, 2024.

Hon. Jennifer L. Hall
U.S. District Court Judge