# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIORASI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-818-JLH |
| | ) |
| STEMEDICA CELL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff Biorasi, LLC and against Defendant Stemedica Cell Technologies, Inc. in the amount of $708,278.47, consisting of the principal amount of $522,518.03 and contractual prejudgment interest in the amount of $185,760.44.

Dated: August 23, 2024

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

/s/ C. Garfinkel
(By) Deputy Clerk