### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIORASI, LLC, | ) |
| | ) |
|     Judgment-Creditor, | ) |
| | ) |
| v. | )    C.A. No. 23-cv-00818-JLH |
| | ) |
| STEMEDICA CELL TECHNOLOGIES, INC., | ) |
| | ) |
|     Judgment-Debtor. | ) |

### [PROPOSED] AMENDED FINAL JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff, Biorasi, LLC and against Defendant Stemedica Cell Technologies, Inc. in the amount of $778,474.15, consisting of the principal amount of $522,518.03, contractual prejudgment interest in the amount of $185,760.44, reasonable attorneys' fees in the amount of $64,978.50, taxable costs in the amount of $2,364.66, and post-judgment interest accrued since the initial final judgment in the amount of $2,852.52. This judgment shall accrue post-judgment interest at the statutory rate of the State of Delaware.

For which let execution issue.

Dated: September 17, 2024

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

/s/ C. Garfinkel
_____
(By) Deputy Clerk